

LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani Christine Hocog*

**FILED**
DISTRICT COURT OF GUAM
AUG 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> LEILANI CHRISTINE HOCOG, <br><br> Defendant. | CRIMINAL CASE NO. CR06-00034 <br><br> **STIPULATION PERMITTING ATTENDANCE AT FUNERAL** |

The parties in the above-entitled matters, the United States of America through Rosetta San Nicolas, Esq. and Defendant Leilani C. Hocog, through her counsel, Peter C. Perez, Esq., hereby stipulate to permit Defendant Leilani C. Hocog to attend the funeral of her niece, Angel Ann Similiano. The funeral will commence at 9:00 a.m. at Guam Memorial Park in Leyang Barrigada, Guam, and the internment and related funeral activities will conclude at approximately 6:00 p.m. at the Guam Memorial Park in Leyang Barrigada, Guam on August 29, 2006.

IT IS SO STIPULATED this 29th day of August, 2006.

| LUJAN AGUIGUI & PEREZ LLP | LEONARDO M. RAPADAS <br> United States Attorney |
|---|---|
| _____ for <br> **PETER C. PEREZ, ESQ.** <br> Attorney for Defendant Leilani C. Hocog | _____ <br> **ROSETTA SAN NICOLAS, ESQ.** <br> Assistant U.S. Attorney |

H-0007-1/PCP/wj