LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
AUG 29 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANI CHRISTINE HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. CR-06-00034<br><br>**ORDER GRANTING STIPULATION PERMITTING ATTENDANCE AT FUNERAL** |

Whereas, the Stipulation Permitting Attendance at Funeral was filed on August 29, 2006.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation Permitting Attendance at Funeral is hereby granted. Defendant may attend the funeral of her niece, Angel Ann Similiano. The funeral will commence at 9:00 a.m. at Guam Memorial Park in Leyang Barrigada, Guam, and the internment and related funeral activities will conclude at approximately 6:00 p.m. at the Guam Memorial Park in Leyang Barrigada, Guam on August 29, 2006.

Dated: August 29, 2006

RONALD B. LEIGHTON
Designated Judge
District Court of Guam

H-0007-1/PCP/wj