# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**LEILANI CHRISTINE HOCOG**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number: CR-06-00034 |

U.S. MARSHALS-GUAM RECEIVED 15 SEP [?] 05

FILED DISTRICT COURT OF GUAM SEP 19 2006 MARY L.M. MORAN CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**3rd Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagatna, Guam 96910** | Room<br><br>320 |
|---|---|
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**September 20, 2006 at 9:30 a.m.** |

To answer a(n)
- ☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Pretrial Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3148__

Brief description of offense:

**ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED OR MODIFIED**

(SEE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE AND ORDER SEPARATELY FILED ON SEPTEMBER 13, 2006)

| | |
|---|---|
| **VIRGINIA T. KILGORE, Deputy Clerk**<br>Name and Title of Issuing Officer | /s/ Virginia T. Kilgore<br>Signature of Issuing Officer |
| **September 14, 2006**<br>Date | |

**ORIGINAL**

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 9/19/06 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS office - Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   9/19/06                           J. Salas
              Date                              Name of United States Marshal

                                                _Clcl Ajvs_____
                                                (by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.