LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | **STIPULATION TO CONTINUE STATUS HEARING** |
| LEILANI C. HOCOG, | |
| Defendant. | |

The parties hereby stipulate to continue the status hearing of November 20, 2006 for Defendant Hocog until a later date at the convenience of the Court.

SO STIPULATED this 20th day of November, 2006.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

**LUJAN AGUIGUI & PEREZ LLP**

_____
**ROSETTA SAN NICOLAS, ESQ.**
*Assistant U.S. Attorney*

_____
**ANTHONY C. PEREZ, ESQ.**
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/ACP:eol