**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00034 |
| Plaintiff, | |
| vs. | **ORDER**<br>**Granting 1st Stipulation to Continue** |
| LEILANI C. HOCOG, | **Status Hearing** |
| Defendant. | |

Whereas, the Stipulation to Continue Status Hearing of November 20, 2006 was filed on November 20, 2006;

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, **NOW THEREFORE**,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The status hearing previously set for November 20, 2006, at 10:00 a.m. shall be continued until February 21, 2007, at 2:30 p.m.

Dated: November 21, 2006

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**