LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | STIPULATION TO CONTINUE STATUS HEARING |
| LEILANI CHRISTINE HOCOG, | |
| Defendant. | |

The parties stipulate to continue the status hearing of February 21, 2007 to a date no earlier than **forty-five (45)** days later to be set at the convenience of the Court.

SO STIPULATED this 20th day of February, 2007.

**LEONARDO M. RAPADAS**
**United States Attorney**
**Districts of Guam and NMI**

_____
**ROSETTA SAN NICOLAS, ESQ.**
*Assistant U.S. Attorney*

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/PCP:wj