LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
FEB 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | MOTION TO FILE JUSTIFICATION FOR CONTINUANCE UNDER SEAL |
| LEILANI CHRISTINE HOCOG, | |
| Defendant. | |

Counsel for the Defendant moves this Court to file the Justification for Continuance submitted contemporaneously herewith, under seal.

Dated this 20th day of February, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/PCP:wj