1 **LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
2 Pacific News Building, Suite 300
238 Archbishop Flores Street
3 Hagåtña, Guam 96910
Telephone (671) 477-8064/5
4 Facsimile (671) 477-5297

5 *Attorneys for Defendant Leilani C. Hocog*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00034 |
|---|---|
| vs. | |
| LEILANI CHRISTINE HOCOG, | **ORDER** Granting Motion to File Justification Under Seal |
| Defendant. | |

Upon motion by the Defendant and for good cause shown,

**IT IS HEREBY ORDERED** that the Motion to File Justification for Continuance Under Seal is hereby granted.

Dated this 26th day of February 2007, *nunc pro tunc* to February 20, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

H-0007-1/PCP/wj