**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00034 |
| vs. | |
| LEILANI CHRISTINE HOCOG, | **ORDER** Granting Second Stipulation to Continue Status Hearing |
| Defendant. | |

Upon stipulation by the parties and for good cause shown,

**IT IS HEREBY ORDERED** that the second Stipulation for Continuance is hereby granted. The status hearing previously set for February 21, 2007, shall be continued to April 10, 2007, at 2:30 p.m.

Dated this 26th day of February 2007, *nunc pro tunc* to February 20, 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

H-0007-1/PCP/wj