# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00034-001                                DATE: April 10, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                             Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez                Electronically Recorded: 2:39:36 - 2:41:35
CSO: B. Pereda

---

**APPEARANCES:**
Defendant: Leilani Christine Hocog                       Attorney: Peter C. Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.                        ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas                       U.S. Agent: Ken Bowman, D.E.A.
U.S. Probation: None Present                             U.S. Marshal: T. Muna / D. Punzalan
Interpreter:                                             Language:

---

**PROCEEDINGS: Status Hearing**
- Defense's oral motion for continuance was <u>granted</u>.
- Proceedings continued to: <u>May 25, 2007 at 2:30 p.m.</u>
- Defendant released as previously ordered.

NOTES: