ORIGINAL

leilanihocog6stp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00034 |
| Plaintiff, ) | **STIPULATED MOTION TO VACATE STATUS HEARING AND SET SENTENCING DATE** |
| vs. ) | |
| LEILANI CHRISTINE HOCOG, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through her counsel, Peter C. Perez, hereby motion this Honorable Court to vacate the Status Hearing currently set for June 1, 2007, and that a sentencing date be set.

//
//
//
//
//
//
//
.

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case

DATED: 5/31/07

PETER C. PEREZ
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5/31/07    By:

ROSETTA SAN NICOLAS
Assistant U.S. Attorney

-2-