LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

**FILED**
DISTRICT COURT OF GUAM

SEP 2 8 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING |
| LEILANI CHRISTINE HOCOG, | |
| Defendant. | |

The parties herein stipulate to continuing the sentencing hearing currently set for October 1, 2007 to a date no earlier than thirty (30) days later. This continuance is requested by the defense for the reasons stated in the Justification for continuing the sentencing hearing.

IT IS SO STIPULATED this 28th day of September, 2007.

**LEONARDO M. RAPADAS**

United States Attorney
Districts of Guam and NMI

*[signed]* Blak for RS
**ROSETTA SAN NICOLAS, ESQ.**
*Assistant U.S. Attorney*

**LUJAN AGUIGUI & PEREZ LLP**

*[signed]*
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/PCP:wj