LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

FILED
DISTRICT COURT OF GUAM
SEP 28 2007
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANI CHRISTINE HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. CR06-00034<br><br>MOTION TO FILE JUSTIFICATION FOR CONTINUANCE UNDER SEAL |

Counsel for the Defendant moves this Court to file the Justification for Continuance submitted contemporaneously herewith, under seal.

Dated this 28th day of September, 2007.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ PETER C. PEREZ
PETER C. PEREZ, ESQ.
*Attorney for Defendant*

H-0008-2/PCP:wj