LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2007
JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | **JOINT APPLICATION TO SEAL JUSTIFICATION FOR CONTINUING SENTENCING** |
| LEILANI CHRISTINE HOCOG, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Rosetta San Nicolas, Esq. and Defendant, Leilani C. Hocog, by and through counsel, Peter C. Perez, Esq. of LUJAN AGUIGUI & PEREZ LLP, hereby move this Honorable Court for an order sealing the Justification for Continuing Sentencing in the above-entitled case for the reason that references to investigation efforts may be hindered if public disclosure is made.

IT IS SO STIPULATED this 28th day of September, 2007.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

**LUJAN AGUIGUI & PEREZ LLP**

_____
**ROSETTA SAN NICOLAS, ESQ.**
*Assistant U.S. Attorney*

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/PCP:wj