LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
|---|---|
| vs. | **ORDER GRANTING MOTION TO FILE JUSTIFICATION FOR CONTINUANCE UNDER SEAL** |
| LEILANI CHRISTINE HOCOG, | |
| Defendant. | |

Whereas, the Motion to File Justification for Continuance Under Seal and Joint Motion to Seal Justification for Continuance Under Seal was filed on September 28, 2007.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, **NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the Motion to File Justification for Continuance Under Seal and Joint Motion to Seal Justification for Continuance Under Seal are hereby granted.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 28, 2007