

1  leilanihocogstp

2  LEONARDO M. RAPADAS
   United States Attorney
3  ROSETTA L. SAN NICOLAS
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagatna, Guam 96910
   PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

8

9               IN THE UNITED STATES DISTRICT COURT

10                   FOR THE TERRITORY OF GUAM

11

12  UNITED STATES OF AMERICA,        )  CRIMINAL CASE NO. 06-00034
                                     )
13                    Plaintiff,     )
                                     )  STIPULATED MOTION TO
14        vs.                        )  CONTINUE SENTENCING
                                     )
15  LEILANI CHRISTINE HOCOG,         )
                                     )
16                    Defendant.     )
    _____)
17

18      The parties in the above-entitled matter, the United States of America, and the defendant

19  through her counsel, Peter C. Perez, hereby motion this Honorable Court to continue the

20  Sentencing date currently scheduled for November 2, 2007, to November 9, 2007, or at a later

21  date and time to be selected by the court at it's convenience.

22  //
23  //
24  //
25  //
26  //
27  //
28

1  The parties make this request due to Assistant U.S. Attorney Rosetta San Nicolas must
2  present oral agrument before the 9th Circuit Court of Appeals in Hawaii on November 1, 2007
3  and will return on November 3, 2007. A continuance will allow the government an opportunity
4  to brief the court with the extent of the defendant's cooperation

10/22/07
DATE

/s/ PETER C. PEREZ
PETER C. PEREZ
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/22/07
DATE

By: /s/ ROSETTA L. SAN NICOLAS
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney