LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00034 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | **Re: Stipulated Motion To** |
| vs. | ) | **Continue Sentencing** |
| | ) | |
| LEILANI CHRISTINE HOCOG, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Sentencing date currently scheduled for November 2, 2007 at 10:00 a.m., is hereby rescheduled to the 14th day of November, 2007 at the hour of 1:30 p.m.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Oct 25, 2007**