AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF                 **GUAM**

**UNITED STATES OF AMERICA**

**NOTICE**

V.

**LEILANI CHRISTINE HOCOG**          CASE NUMBER:    **CR-06-00034**

TYPE OF CASE:
     ☐ **CIVIL**        **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 14, 2007 at 10:30 A.M. | November 16, 2007 at 9:15 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 13, 2007             Virginia T. Kilgore
DATE                                                       /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Lujan, Aguigui and Perez LLP
         U.S. Probation Office
         U.S. Marshals Service