AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

**UNITED STATES OF AMERICA**

V.

**LEILANI CHRISTINE HOCOG**

**NOTICE**

CASE NUMBER: **CR-06-00034**

TYPE OF CASE:

☐ CIVIL    X   CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | November 16, 2007 at 9:15 A.M. | December 17, 2007 at 2:30 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 14, 2007
DATE

Virginia T. Kilgore
/s/ (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Lujan, Aguigui and Perez LLP
      U.S. Probation Office
      U.S. Marshals Service