AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

**NOTICE**

V.

Leilani Christine Hocog    CASE NUMBER: CR-06-00034-001

TYPE OF CASE:
☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue**<br>**Hagåtña, GU 96910** | **Monday, December 17, 2007 at 2:30 p.m.** | **Thursday, January 10, 2008 at 1:30 p.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 14, 2007**          /s/ Leilani R. Toves Hernandez
DATE                  (BY) DEPUTY CLERK

TO:  U.S. Attorney's Office
     Peter C. Perez, Esq.
     U.S. Probation Office
     U.S. Marshals Service