**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

**FILED**
DISTRICT COURT OF GUAM

JAN 1 0 2008

**JEANNE G. QUINATA**
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| LEILANI CHRISTINE HOCOG, | |
| Defendant. | |

The parties herein stipulate to continuing the sentencing hearing currently set for January 10, 2008 at 1:30 p.m. to a date no earlier than February 11, 2008 at 1:30 p.m. or such date the Court may set. This continuance is requested by the defense for the reasons stated in the Justification for continuing the sentencing hearing.

IT IS SO STIPULATED this 10th day of January 10, 2008.

**LEONARDO M. RAPADAS**
**United States Attorney**
Districts of Guam and NMI

_____
**ROSETTA SAN NICOLAS, ESQ.**
*Assistant U.S. Attorney*

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Leilani C. Hocog*

H-0008-2/PCP:wj