**LUJAN AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*



FILED
DISTRICT COURT OF GUAM

JAN 10 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | JUSTIFICATION FOR CONTINUING THE SENTENCING HEARING |
| LEILANI CHRISTINE HOCOG, | ~~(FILED UNDER SEALED)~~ |
| Defendant. | |

COMES NOW, the defendant, through her counsel, Peter C. Perez, and submits that the stipulation to continue the sentencing hearing in the above captioned matter, is warranted, for the following reasons:

1. On or about August 22, 2006, the defendant entered a guilty plea to an Information charging her with Attempted Possession of Methamphetamine Hydrochloride with Intent to Distribute pursuant to a Rule 11(c)(1)(c). In her Plea Agreement the defendant agreed to cooperate with federal law enforcement agents concerning unlawful activities.

2. Counsel for the defendant has been in proceedings in the *Julie Babauta Santos, et al. vs. Felix P. Camacho, et al.*, District Court Civil Case No. CV04-00006, from January 9, 2008 and January 10, 2008.

3. Counsel for the defendant needs additional time to consult with defendant and prepare for sentencing in order to provide effective assistance of counsel and to ensure that the sentencing issues are address properly.

ORIGINAL

1. 4. A continuance of the sentencing hearing will enable this to occur.
2. 5. The defendant faces substantial exposure to potential incarceration.
3. 6. The defense intends to argue a reduce sentence is appropriate in this case.
4. 7. It is submitted that the above constitutes good cause and the interests of justice.

Dated this 10th day of January, 2008.

**LUJAN AGUIGUI & PEREZ** LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorney for Defendant*

H-0008-2/PCP:wj