**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilani C. Hocog*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANI CHRISTINE HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. CR06-00034<br><br>**ORDER GRANTING CONTINUANCE OF SENTENCING HEARING** |

The Court having reviewed the Stipulation for Continuance of Sentencing Hearing and the Justification for Continuing the Sentencing Hearing, IT IS HEREBY ORDERED that the Sentencing Hearing currently set for January 10, 2008 at 1:30 p.m. is continued to March 20, 2008 at 10:00 a.m.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Jan 10, 2008**