LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilanie C. Hocog*

FILED
DISTRICT COURT OF GUAM
MAR 0 6 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANIE C. HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. CR06-00034<br><br>**DEFENDANT LEILANIE C. HOCOG APPLICATION TO LODGE DEFENDANT'S SENTENCING EXHIBITS UNDER SEAL** |

Defendant, LEILANIE C. HOCOG, by and through counsel, Peter C. Perez, Esq. of LUJAN AGUIGUI & PEREZ LLP, moves this Honorable Court for an order sealing Defendant's Sentencing Exhibits in the above-entitled case for the reason that references to investigations by the government and possible targets are noted and further cooperation and/or investigation efforts may be hindered if public disclosure is made.

Upon approval of the Order Re: Defendant Leilanie C. Hocog's Application to Seal Defendant's Sentencing Exhibits, counsel for defendant will file defendant's sentencing exhibits.

Respectfully submitted this 6th day of March, 2008.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ *[signature]*
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Leilanie C. Hocog*

H-0008-2/PCP:emt