**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilanie C. Hocog*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00034 |
| vs. | **ORDER RE: DEFENDANT LEILANIE C. HOCOG'S APPLICATION TO SEAL DEFENDANT'S SENTENCING EXHIBITS** |
| LEILANIE C. HOCOG, | |
| Defendant. | |

Defendant's Application to Seal Defendant's Sentencing Exhibits is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
     Chief Judge
**Dated: Mar 12, 2008**