LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilanie C. Hocog*

**FILED**
**DISTRICT COURT OF GUAM**
MAR 19 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR06-00016 |
|---|---|
| vs. | **DEFENDANT LEILANIE C. HOCOG'S APPLICATION TO SEAL THE AMENDED SENTENCING EXHIBITS** |
| LEILANIE C. HOCOG, | |
| Defendant. | |

Defendant, LEILANIE C. HOCOG, by and through counsel, Peter C. Perez, Esq. of LUJAN AGUIGUI & PEREZ LLP, moves this Honorable Court for an order sealing Defendant's Amended Sentencing Exhibits in the above-entitled case for the reason that references to investigations by the government and possible targets are noted and further cooperation and/or investigation efforts may be hindered if public disclosure is made.

Upon approval of the Amended Order Re: Defendant Leilanie C. Hocog's Application to Seal Defendant's Amended Sentencing Exhibits.

Respectfully submitted this 18th day of March, 2008.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____
PETER C. PEREZ, ESQ.
*Attorney for Defendant Leilanie C. Hocog*

H-0008-2/PCP:emt