**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
DNA Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Leilanie C. Hocog*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>LEILANIE C. HOCOG,<br><br>Defendant. | CRIMINAL CASE NO. CR06-00034<br><br>**ORDER RE: DEFENDANT LEILANIE C. HOCOG'S APPLICATION TO SEAL DEFENDANT'S AMENDED SENTENCING EXHIBITS** |

Defendant's Application to Seal Amended Sentencing Exhibits is hereby granted.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 19, 2008