# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00034-001   DATE: March 20, 2008

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Sara Weber | Court Reporter: Wanda Miles |
| Courtroom Deputy: Carmen B. Santos<br>Virginia T. Kilgore | Electronically Recorded: 10:26:11 - 11:57:47<br>(Sealed 10:40:25 - 10:50:03)<br>(Sealed 11:07:06 - 11:57:47) |
| CSO: B. Benavente/B. Pereda | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Leilani Christine Hocog | Attorney: Peter C. Perez |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☑ Retained ☐ FPD ☐ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: Marvin Desamito, DEA |
| U.S. Probation: Carleen Borja | U.S. Marshal: D. Punzalan/G. Perez |
| Interpreter: | Language: |

**PROCEEDINGS: Sentencing Hearing**
- Motion to seal portions of proceedings - <u>granted</u>.
- Motion to exclude agents during testimony, with the exception of Agent Desamito was <u>granted</u>.
- Parties presented argument.
- Officer Barbara Tayama called and sworn. Witness instructed not to discuss testimony with other agents.
- Sentencing Hearing continued to <u>April 1, 2008 at 2:00 p.m.</u>
- Defendant released on same conditions previously imposed.

NOTES: