ORIGINAL

leilanihocogseal2

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR 24 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LEILANI CHRISTINE HOCOG, <br><br> Defendant. | CRIMINAL CASE NO. 06-00034 <br><br> UNITED STATES' APPLICATION TO FILE SENTENCING EXHIBITS UNDER SEAL |

The United States moves this Honorable Court for an order sealing the government's sentencing exhibits in the above-entitled case for the reason that references to investigations by the government and possible targets are noted, which may hindered any possible future cooperation or investigation by making this cause available for public scrutiny.

Respectfully submitted this 24 day of March 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney