LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00034 |
| Plaintiff, | ) |
| vs. | ) **O R D E R** |
| LEILANI CHRISTINE HOCOG, | ) **United States' Application** |
| Defendant. | ) **To Seal Sentencing Exhibits** |

The United States' application to seal it's sentencing exhibits in the above-entitled case is hereby granted.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　**Dated: Mar 25, 2008**