**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00034-001　　　　　　　　　　DATE: April 01, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　　　Electronically Recorded: 2:11:58 - 4:39:46
　　　　　　　　　　Virginia T. Kilgore　　　　　　　(Sealed Side Bar 3:00:32 - 3:03:20)
　　　　　　　　　　　　　　　　　　　　　　　　　(Sealed 3:30:36 - 4:26:06)

**APPEARANCES:**
Defendant: Leilani Christine Hocog　　　　Attorney: Peter C. Perez, Jr.
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　　☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas　　　　U.S. Agent: Marvin Desamito, DEA
U.S. Probation: Carleen Borja
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Sentencing**
- Witnesses sworn and examined; exhibits marked and admitted -- see attached Exhibit and Witness List.
- Defendant shall abide by conditions of release previously imposed.
- Sentencing continued to Friday, April 4, 2008 at 9:30 a.m.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. LEILANI CHRISTINE HOCOG | Case Number: CR-06-00034-001 |

| PRESIDING JUDGE<br>Judge Frances M. Tydingco-Gatewood | PLAINTIFF'S ATTORNEY<br>Rosetta San Nicolas | DEFENDANT'S ATTORNEY<br>Peter C. Perez |
|---|---|---|
| HEARING DATE (S)<br>April 1, 2008 | COURT REPORTER<br>Wanda Miles | COURTROOM DEPUTY<br>Carmen B. Santos / Virginia T. Kilgore |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Agent Marvin Desamito, called and sworn** |
| | | | | | | DX by Ms. San Nicolas |
| | | | | | | 2:19:40 - CX by Mr. Perez |
| | | A | 4/1/08 | 4/1/08 | 4/1/08 | Sentencing Exhibits (pp. LAP00011, LAP00012 and LAP00013) |
| | | B | 4/1/08 | 4/1/08 | 4/1/08 | Declaration of Charles Charfauros in Support of Defendant Boleno's Motion to Suppress - Superior Court Criminal Case No. CF 463-05 ( |
| | | C | 4/1/08 | 4/1/08 | 4/1/08 | Decision and Order on Defendant's Motion to Suppress- Superior Court Case No. CF 463-05 |
| | | | | | | 3:19:08 - Re-DX by Ms. San Nicolas |
| | | | | | | 3:19:49 - Re-CX by Mr. Perez |
| | | | | | | 3:20:54 - Examination by the Court |
| | | | | | | 3:30:02 - Witness Excused |
| | | | | | | **Barbara Camacho Tayama. called and sworn** |
| | | | | | | 3:31:42 - DX by Ms. San Nicolas |
| | 1 | | 4/1/08 | 4/1/08 | 4/1/08 | Hand written notes |
| | 2 | | 4/1/08 | 4/1/08 | 4/1/08 | List of Names |
| | | | | | | 3:38:35 - CX by Mr. Perez |
| | | D | 4/1/08 | 4/1/08 | 4/1/08 | Original Hand written notes marked USAO Exhibit 1 |
| | | E | 4/1/08 | 4/1/08 | 4/1/08 | Original List of Names marked USAO Exhibit 1 |
| | | | | | | 4:05:06 - Re-DX by Ms. San Nicolas |
| | | | | | | Original List of Names marked USAO Exhibit 1 |
| | | | | | | 4:15:08 - Re-CX by Mr. Perez |

Page -1-

| PRESIDING JUDGE | | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Judge Frances M. Tydingco-Gatewood | | | | | | Rosetta San Nicolas | Peter C. Perez |
| HEARING DATE (S) | | | | | | COURT REPORTER | COURTROOM DEPUTY |
| April 1, 2008 | | | | | | Wanda Miles | Carmen B. Santos / Virginia T. Kilgore |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | | **Erwin Fejeran, called and sworn** | |
| | | | | | | 4:27:23 - DX by Ms. San Nicolas | |
| | | | | | | 4:28:38 - CX by Mr. Perez | |
| | | | | | | 4:34:45 - Re-DX by Ms. San Nicolas | |