✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF **GUAM**

**UNITED STATES OF AMERICA**

V.

**LEILANI CHRISTINE HOCOG**

**NOTICE**

CASE NUMBER: **CR-06-00034**

TYPE OF CASE:

☐ CIVIL      **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED SENTENCING\***

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Hon. Frances M. Tydingco-Gatewood | April 4, 2008 at 9:30 A.M. | April 8, 2008 at 9:15 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 2, 2008      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
         Lujan, Aguigui and Perez LLP
         U.S. Probation Office
         U.S. Marshals Service

\*Hearing rescheduled at the request of defense counsel. Conflict with motions hearing in Superior Court.