**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-06-00034                              DATE: April 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber                              Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos                 Electronically Recorded: 11:16:13 - 11:36:36
                  Virginia T. Kilgore

**APPEARANCES:**
Defendant: Leilani Christine Hocog                 Attorney: Peter C. Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.                  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas                 U.S. Agent: M. Desamito, DEA
U.S. Probation: Carleen Borja
Interpreter:                                       Language:

**PROCEEDINGS: Continued Sentencing**
- Joint stipulated sentence granted.
- Defendant committed to the Bureau of Prisons for a term of 84 months
- Court recommends defendant be incarcerated at a facility with a 500 hour drug program and an educational and vocational program in the west coast
- Upon release from imprisonment, defendant is placed on supervised release for a term of 10 years.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant to self-surrender to the U.S. Marshals Service Guam office upon designation by Bureau of Prisons.

NOTES: