PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

# NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, D.C. 20037

**FROM:** John W. San Nicolas II, U.S. Probation Officer
District of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

☐ **Original Notice**          ☒ **Notice of Disposition**

Date: **June 16, 2006**          Date: **April 8, 2008**

By: **Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

By: **Frances M. Tydingco-Gatewood**
**Chief Judge**

---

Defendant: **HOCOG, Leilani Christine**          Case Number: **Criminal Case #06-00034-001**

Date of Birth: **XX-XX-1977**          Place of Birth: **Tamuning, Guam**

SSN: **XXX-XX-8485**

================================================================

**NOTICE OF COURT ORDER** (Order Date: **June 16, 2006**)

☒ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. Probation Office, District of Guam.**

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

☐ Defendant not convicted.

☒ Defendant convicted.

---

Distribution:
U.S. District Court
Pretrial Case File
Filed with surrendered passport (if applicable)
Department of State
    ☐ Not Convicted - PS40/Passport returned to defendant.
    ☐ Not Convicted - PS40/Passport enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - PS40 and copy of Judgment enclosed.
Defendant (or representative)